# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

159979(64)

JAWAD A. SHAH, M.D., PC, d/b/a
INSIGHT PAIN MANAGEMENT CENTER,
     Plaintiff-Appellee,

v

FREMONT INSURANCE COMPANY,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159979
COA: 340441
Genesee CC: 15-105466-NF

On order of the Court, the motion for reconsideration of this Court's March 3, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020

Clerk

a0720